IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 CASE NO.:

**JEREMY BLAKE CLIFTON and**
**DANA CLIFTON**                                       22-11982-JDW

## OBJECTION TO EXEMPTIONS

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Exemptions (the "Objection") and in support states as follows:

1. The Debtors initiated this proceeding with the filing of a voluntary petition for relief on August 12, 2022. The Section 341(a) Meeting of Creditors was held and concluded on September 16, 2022. The Schedule C was filed on that same day.

2. In Schedule C (Dkt. #1, Pg. 16-17) the Debtors claim an exemption in the following:

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Winchester 1300 20ga shotgun ($150); Remington 870 12ga shotgun ($450); Remington Auto .270 rifle with scope ($1200); Mossberg patriot .308 rifle with scope ($900); H&R 45-70 rifle ($200); Marlin .22mag Rifle ($300); .22 Rifle ($150)<br>Line from Schedule A/B: **10.1** | $0.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |

3. The Debtors have claimed an exemption in property which is stated to have no value.

4. The Trustee requests that the exemption be disallowed.

1

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 27, 2022

>Respectfully submitted,
>
>LOCKE D. BARKLEY, TRUSTEE
>
>BY:  /s/ W. Jeffrey Collier
>W. JEFFREY COLLIER, ESQ.
>Attorney for Trustee
>6360 I-55 North, Suite 140
>Jackson, Mississippi 39211
>(601) 355-6661
>ssmith@barkley13.com
>MSB No. 10645

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: September 27, 2022

>/s/ W. Jeffrey Collier
>W. JEFFREY COLLIER